Case Name: BERTUCCI, BRUNO J.
                      BERTUCCI, MICHELLE
Case No:      08-71017

## **CERTIFICATION OF REVIEW**

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 17, 2008              WILLIAM T. NEARY
                                                United States Trustee, Region 11


                               BY:    */s/ Carole J. Ryczek*
                                         CAROLE J. RYCZEK
                                         Attorney for the U.S. Trustee