UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE | ) | CHAPTER 7 | |
| | ) | | |
| BERTUCCI, BRUNO J | ) | CASE NO. 08-71017-MLB | |
| BERTUCCI, MICHELLE | ) | | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 211 South Court Street, Rockford, IL

    On: Monday, November 17, 2008    Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                    $8,103.07

    Disbursements                               $0.00

    Net Cash Available for Distribution         $8,103.07

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue<br>*Trustee* | $0.00 | $1,560.31 | $0.00 |
| McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $1,800.00 | $60.44 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $80,257.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.8342%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corpora | $2,700.04 | $157.52 |
| 2 | PYOD LLC Its Successors And Assigns | $3,097.53 | $180.71 |
| 3 | Discover Bank/DFS Services LLC | $5,809.69 | $338.95 |
| 4 | American Express Travel Related Ser | $8,906.91 | $519.64 |
| 5 | American Express Centurion Bank | $2,996.05 | $174.80 |
| 6 | American Express Travel Related Ser | $2,129.42 | $124.23 |
| 7 | Chase Bank USA | $540.41 | $31.53 |
| 8 | Chase Bank USA | $15,898.25 | $927.53 |
| 9 | Chase Bank USA, NA | $748.14 | $43.65 |
| 10 | PYOD LLC Its Successors And Assigns | $4,313.80 | $251.67 |
| 11 | PYOD LLC Its Successors And Assigns | $11,314.82 | $660.12 |
| 12 | American Express Centurion Bank | $843.06 | $49.19 |
| 13 | Recovery Management Systems Corpora | $10,167.89 | $593.21 |
| 14 | Recovery Management Systems Corpora | $220.45 | $12.86 |
| 15 | Household Finance Corporation Beneficial | $8,698.65 | $507.50 |
| 16 | FIA Card Services, N.A./Bank Of America | $1,871.90 | $109.21 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $430,000.00 |
| Cash on hand | $40.00 |
| Wearing Apparel | $300.00 |
| Jewelry | $100.00 |
| Golf clubs | $50.00 |
| Retirement plan | $0.00 |
| 2007 Federal income tax refund | $900.00 |
| 2005 Toyota Camry | $12,600.00 |
| 2001 Honda Accord LX | $6,150.00 |
| 2001 Oldsmobile Alero | $6,500.00 |
| Office furniture and equipment | $2,500.00 |

Dated: October 14, 2008                    /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 2                   Date Rcvd: Oct 20, 2008
Case: 08-71017                Form ID: pdf002              Total Served: 48


The following entities were served by first class mail on Oct 22, 2008.
db          +Bruno J Bertucci,   1230 Tunbridge Trail,   Algonquin, IL 60102-6029
jdb         +Michelle Bertucci,   1230 Tunbridge Trail,   Algonquin, IL 60102-6029
aty          Daniel M Donahue,   P. O. Box 2903,   Rockford, IL   61132-2903
aty         +Steven J Brody,   Steven Brody & Associates, Ltd.,   15 W. Woodstock St,
              Crystal Lake, IL 60014-4209
tr           Daniel Donahue,   P O Box 2903,   Rockford, IL   61132-2903
12112454    +American Collections,   919 Estes Ct,   Schaumburg, IL 60193-4436
12454295     American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12454294     American Express Travel Related Services Co, Inc,   c o Becket and Lee LLP,   POB 3001,
              Malvern PA 19355-0701
12112455    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
12112456    +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
12112457    +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
12112458    +Beneficial/Hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
12112459    +Bk Of Amer,   P.O. Box 7047,   Dover, DE 19903-7047
12112460    +Brian Properties,   2045 Arlington Heights Rd, Suite 10,   Arlington Heights, IL 60005-4149
12476988    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12112461    +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
12112462    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12489356    +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12112463    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
12112464    +Citi Residental Lendin,   Po Box 11000,   Santa Ana, CA 92711-1000
12112465    +Citizens Caf,   480 Jefferson Blvd,   Warwick, RI 02886-1359
12112466     Crdt First,   6275 Eastland Road,   Brook Park, OH 44142-1399
12112467     Culligan,   PO Box 5277,   Carol Stream, IL 60197-5277
12112468    +Dependon Collection Se,   120 W 22nd St Ste 360,   Oak Brook, IL 60523-4070
12112470    +Gemb/Ge Money Loc,   Po Box 30762,   Salt Lake City, UT 84130-0762
12112471    +Gemb/Old Navy,   Po Box 981400,   El Paso, TX 79998-1400
12658828     Household Finance Corporation Beneficial,   by eCAST Settlement Corporation,   as its agent,
              POB 35480,   Newark NJ 07193-5480
12112472    +Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850-5519
12112473    +Hsbc/Bstby,   1405 Foulk Road,   Wilmington, DE 19803-2769
12112474    +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
12112475    +Hsbc/Mnrds,   90 Christiana Rd,   New Castle, DE 19720-3118
12112476    +Jb Robinson,   375 Ghent Rd,   Akron, OH 44333-4601
12112477    +Kohls/Chase,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
12112478    +McHenry County Tax Collector,   2200 N Seminary Ave,   Woodstock, IL 60098-2698
12112479    +McLeod USA,   PO Box 3243,   Milwaukee, WI 53201-3243
12112480    +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
12443363     PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
12112481    +Pro Dental Care,   1150 Spring Hill Mall,   Dundee, IL 60118-1258
12112482    +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
12112483    +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
12112484    +Wells Fargo,   Po Box 29704,   Phoenix, AZ 85038-9704

The following entities were served by electronic transmission on Oct 21, 2008.
12452840    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2008 04:16:15
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12112469    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2008 04:16:15     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
12680731    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2008 05:17:31
              FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12182971    +E-mail/PDF: rmscedi@recoverycorp.com Oct 21 2008 04:01:12     Recovery Management Systems Corp,
              25 W. E. 2nd Ave., Suite 1120,   Miami, FL 33131-1605,   attn: Ramesh Singh
12418994    +E-mail/PDF: rmscedi@recoverycorp.com Oct 21 2008 04:01:14
              Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of HRSI,
              25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
12575743    +E-mail/PDF: rmscedi@recoverycorp.com Oct 21 2008 04:01:15
              Recovery Management Systems Corporation,   For GE Money Bank,   dba GE MONEY LOC,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12575744    +E-mail/PDF: rmscedi@recoverycorp.com Oct 21 2008 04:01:14
              Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12502387*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12454296*    American Express Travel Related Services Co, Inc,   c o Becket and Lee LLP,   POB 3001,
              Malvern PA 19355-0701
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3         User: cshabez           Page 2 of 2              Date Rcvd: Oct 20, 2008
Case: 08-71017               Form ID: pdf002         Total Served: 48

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2008**                     **Signature:**         *Joseph Speetjens*