UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                                  )        CHAPTER 7 CASE
                                                        )
BRUNO J. BERTUCCI and                                   )        NO. 08-71017
MICHELLE BERTUCCI,                                      )
                                                        )        JUDGE MANUEL BARBOSA
          Debtors.                                      )

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_12-17-08_                                              _[signature]_
DATE                                                    TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 22nd day of December, 2008.

WILLIAM T. NEARY
United States Trustee
By: _Christine K. Miller_
    Christine K. Miller
    Paralegal Specialist

**Bank of America** 

```
CUSTOMER CONNECTION                 Account Number    4429751091
BANK OF AMERICA, N.A.               01 01 148 06 M0000 E#       19
DALLAS, TEXAS  75283-2406           Last Statement:   10/31/2008
                                    This Statement:   11/28/2008
```

```
                                    Customer Service
                                    1-877-757-8233
ESTATE OF
BERTUCCI, BRUNO J, DEBTOR
BERTUCCI, MICHELLE, DEBTOR          Page       1 of    2
DANIEL M. DONAHUE - TRUSTEE
08-71017                            Bankruptcy Case Number: 0871017
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 11/01/2008 - 11/28/2008   Statement Beginning Balance   8,103.07
Number of Deposits/Credits            0    Amount of Deposits/Credits         .00
Number of Checks                     19    Amount of Checks              8,103.07
Number of Other Debits                0    Amount of Other Debits             .00
                                           Statement Ending Balance           .00

Number of Enclosures                 19
                                           Service Charge                     .00
```

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,560.31 | 11/20 | 9792077673 | 110 | 927.53 | 11/21 | 9892916872 |
| 101 | 1,800.00 | 11/20 | 9792077674 | 111 | 43.65 | 11/21 | 8730824966 |
| 102 | 60.44 | 11/20 | 9792077675 | 112 | 251.67 | 11/26 | 6392524078 |
| 103 | 157.52 | 11/24 | 7192164716 | 113 | 660.12 | 11/26 | 6392524079 |
| 104 | 180.71 | 11/26 | 6392524077 | 114 | 49.19 | 11/25 | 5892252928 |
| 105 | 338.95 | 11/24 | 8392282045 | 115 | 593.21 | 11/24 | 7192164715 |
| 106 | 519.64 | 11/25 | 5892252931 | 116 | 12.86 | 11/24 | 7192164717 |
| 107 | 174.80 | 11/25 | 5892252929 | 117 | 507.50 | 11/21 | 9992228179 |
| 108 | 124.23 | 11/25 | 5892252930 | 118 | 109.21 | 11/21 | 8292092425 |
| 109 | 31.53 | 11/21 | 9892916873 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/31 | 8,103.07 | 8,103.07 | 11/25 | 1,092.50 | 1,092.50 |
| 11/20 | 4,682.32 | 4,682.32 | 11/26 | .00 | .00 |
| 11/21 | 3,062.90 | 3,062.90 | 11/28 | .00 | .00 |
| 11/24 | 1,960.36 | 1,960.36 | | | |

Recycled Paper